MELINDA HAAG (CABN 132612)
United States Attorney
J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division
THOMAS MOORE (ALBN 4305-078T)
Assistant United States Attorney
Chief, Tax Division
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7017
FAX:         (415) 436-7009

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 14-131 JST |
|---|---|
| Plaintiff, | ) STIPULATION TO RESCHEDULE CHANGE OF PLEA HEARING AND TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT AND [PROPOSED] ORDER THEREON |
| v. | |
| AKYSHA ROCKWELL, | |
| Defendant. | |

For the reason that Defendant Akysha Rockwell needs additional time to consider the government's proposed plea agreement, and for effective preparation, continuity of counsel, and trial preparation, the United States of America, and Defendant Rockwell, through their respective counsel, hereby stipulate as follows:

1. That the change of plea hearing in this matter be rescheduled from November 14, 2014, to December 5, 2014, at 9:30 a.m. to allow Defendant Rockwell sufficient time to consider the proposed plea agreement.

2. That the period of delay from November 14, 2014, to December 5, 2014, be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv), as the ends for justice served by this exclusion allow for effective preparation, continuity of counsel and adequate trial preparation, which outweigh the best interests of the public and Defendant Rockwell in a speedy trial.

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
JAMES PHILLIP VAUGHNS
Attorney for Defendant
Akysha Rockwell

/s/
THOMAS MOORE
Assistant United States Attorney
Chief, Tax Division

ORDER

For the reasons stated by the parties in their stipulation, the Court finds that the ends of justice are served by continuing the change of plea hearing to allow Defendant Rockwell additional time to consider the proposed plea agreement, and for effective preparation, continuity of counsel, and trial preparation. The Court also finds that the period of delay from November 14, 2014, to December 5, 2014, be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A) and (h)(7)(B)(iv), as the ends for justice served by this exclusion allow for effective preparation, continuity of counsel and adequate trial preparation, which outweigh the best interests of the public and Defendant Rockwell in a speedy trial.

IT IS HEREBY ORDERED that the change of plea hearing scheduled for November 14, 2014, be rescheduled to December 5, 2014, at 9:30 a.m. and that the period of delay from November 14, 2014, through December 5, 2014, shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv), as the ends of justice served by this continuance allow for effective preparation, continuity of counsel, and adequate preparation, which outweigh the best interests of the public and Defendant Rockwell in a speedy trial.

IT IS SO ORDERED this 13th day of November, 2014.

Dated: November 13, 2014

JON S. TIGAR
UNITED STATES DISTRICT JUDGE

US V. ROCKWELL
NO. CR 14-131 JST                                          2
STIPULATION TO RESCHEDULE CHANGE OF PLEA HRG
AND TO EXCLUDE TIME AND [PROPOSED] ORDER