# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.: CR 14-00131 JST |
| Plaintiff, | |
| vs. | **ORDER** |
| AKYSHA ROCKWELL, | |
| Defendant. | |

The Court hereby ORDERS that the Sentencing Hearing scheduled for May 1, 2015 be vacated and rescheduled for June 12, 2015, at 9:30 a.m.

DATED: April 30, 2015



IT IS SO ORDERED
Judge Jon S. Tigar

- 3 -